IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ONTIVEROS, | No. CIV S-11-2945-MCE-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| KNIPP, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. Pending before the court is petitioner's motion for leave to proceed in forma pauperis (Doc. 2). Because petitioner has paid the filing fee, the motion to proceed in forma pauperis is denied as unnecessary.

IT IS SO ORDERED.

DATED: November 15, 2011

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1